UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH RUSSELL JUDD, | ) | CASE NO. 1:11CV1200 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SECRETARY OF STATE OF OHIO, et al, | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

In an entry dated June 28, 2011, Plaintiff Keith Russell Judd was ordered either to pay the full filing fee or to file a proper Financial Application and prisoner account statement within 30 days. When he did not comply, this action was dismissed on August 8, 2011. *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997).

Now before the Court is Plaintiff's Motion for Relief from Judgment, filed August 2, 2012. (Doc. No. 14.) The Motion does not set forth any factual or legal basis that might alter the conclusion that dismissal of this case was required pursuant to *McGore*, 114 F.3d at 605, for failure to file a Financial Application. Plaintiff's Motion is therefore meritless.

The Court notes that Plaintiff has been a prolific and vexatious litigator in the federal courts, and is a three striker, many times over, under 28 U.S.C. § 1915(g).[1] *See*, *e.g.*, *Judd v. Okla. State Election Bd.*, No. CIV–11–624–D, 2012 WL 1632121 (W.D. Okla. May 9, 2012). Further, he was recently denied a post judgment motion in a Louisiana federal

---

[1] Section 1915(g) provides that a prisoner who has filed three previous civil actions or appeals which were dismissed because they were frivolous, malicious or failed to state a claim, may not file additional *in forma pauperis* cases absent imminent danger of serious physical injury.

court case, where the post judgment motion had nothing to do with, and did not address the fact that the case had been dismissed because he had not complied with a sanctions order of the United States Court of Appeals for the Fifth Circuit. *Judd v. Sec'y of State of La.*, 461 F. App'x 399 (5th Cir. 2012). This Court has neither the time nor the inclination to indulge additional frivolous filings in this case.

For the foregoing reasons, Plaintiff's Motion for Relief from Judgment is **DENIED**. Further, the Clerk is directed to return, unfiled, any additional filings tendered by Plaintiff in this case. Finally, Plaintiff is hereby forewarned that the filing of any new frivolous actions in this Court may, without further notice, result in an order enjoining him from filing cases here without obtaining leave of court.

**IT IS SO ORDERED**.

Dated: August 6, 2012

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**